```
1  Frank Woodson
   Navan Ward
2  BEASLEY, ALLEN, CROW, METHVIN,
   PORTIS & MILES, P.C.
3  218 Commerce Street
   P.O. Box 4160
4  Montgomery, Alabama 36103
   Telephone: 334-269-2343
5  Facsimile: 334-954-7555
   Attorneys for Plaintiffs
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                SAN FRANCISCO DIVISION
```

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates To: | |
| *Judy Shearer, et al. vs. Pharmacia Inc, et al.*<br>(05-4581 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| *Barbara J. Williams vs. Pfizer Inc, et al.*<br>(06-1670 CRB) | |
| *Michele Walker, et al. vs. Pfizer Inc, et al.*<br>(06-1878 CRB) | |
| *Stephanie Shearer vs. Monsanto Company, et al.*<br>(06-1902 CRB) | |
| *Joe Vega, et al. vs. Pfizer Inc, et al.*<br>(06-2440 CRB) | |
| *Brad Henry Taylor vs. Pfizer Inc, et al.*<br>(06-2577 CRB) | |
| *James Preston Taylor vs. Pfizer Inc, et al.*<br>(06-2863 CRB) | |
| *John H. Roberts, Jr. vs. Pfizer Inc, et al.*<br>(06-3062 CRB) | |
| *Patsy Lynn Stegall vs. Pfizer Inc, et al.*<br>(06-3084 CRB) | |

-1-

| | |
|---|---|
| 1 | |
| 2 | *Andrea Sanborn, et al. vs. Pfizer Inc, et al.* (06-3100 CRB) |
| 3 | *Barbara Smith, et al. vs. Pfizer Inc, et al.* (06-3102 CRB) |
| 4 | |
| 5 | *Arnold Swick vs. Pfizer Inc* (06-3304 CRB) |
| 6 | *Corrine Morrisette vs. Pfizer Inc, et al.* (06-3363 CRB) |
| 7 | |
| 8 | *Sylvia Wingard vs. Pfizer Inc, et al.* (06-3653 CRB) |
| 9 | *Susan Smith vs. Pfizer Inc, et al.* (06-3951 CRB) |
| 10 | |
| 11 | *Clarence Edward Smith vs. Pfizer Inc, et al.* (06-3957 CRB) |
| 12 | *Mary Vernick vs. Pfizer Inc, et al.* (06-4102 CRB) |
| 13 | |
| 14 | *Patricia Ann Kennedy Watson vs. Pfizer Inc, et al.* (06-4285 CRB) |
| 15 | |
| 16 | *Marvin Rogers vs. G.D. Searle LLC, et al.* (06-4514 CRB) |
| 17 | *Shirley Lindeen vs. G.D. Searle LLC, et al.* (06-4515 CRB) |
| 18 | |
| 19 | *Colleen Nagle Mehegan, et al. vs. Pfizer Inc, et al.* (06-4547 CRB) |
| 20 | |
| 21 | *Charles Snodgrass vs. Pfizer Inc, et al.* (06-4661 CRB) |
| 22 | *John Vandale vs. Pfizer Inc, et al.* (06-5257 CRB) |
| 23 | |
| 24 | *William Coulson, et al. vs. Pfizer Inc, et al.* (06-5261 CRB) |
| 25 | *Dick Shepherd vs. Pfizer Inc, et al.* (06-5417 CRB) |
| 26 | |
| 27 | *Robin Morrison, et al. vs. Pfizer Inc, et al.* (06-6900 CRB) |
| 28 | *Rosa Cebreros, et al. vs. Pfizer Inc, et al.* |

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42592415.1

1. (06-7003 CRB)
2. *Marsha Fiorini, et al. vs. Pfizer Inc, et al.*
   (06-7113 CRB)
3. 
4. *Florence Salle vs. Pfizer Inc, et al.*
   (06-7207 CRB)
5. *Jimmie A. Scott vs. Pfizer Inc, et al.*
   (06-7259 CRB)
6. 
7. *William Edward Simpson vs. Pfizer Inc, et al.*
   (07-0972 CRB)
8. *Terry Vintson vs. Pfizer Inc, et al.*
   (07-0977 CRB)
9. 
10. *Deanna L. Walston vs. Pfizer Inc, et al.*
    (07-1318 CRB)
11. *Louis Romanelli vs. Pfizer Inc, et al.*
    (07-2631 CRB)
12. 
13. *Johnnie L. West vs. Pfizer Inc, et al.*
    (07-5687 CRB)
14. *Lyle McNeal (MO), et al. vs. Pfizer Inc, et al.*
    (07-5915 CRB)
15. 
16. *Gene Summers vs. Pfizer Inc, et al.*
    (08-0259 CRB)
17. *Maria Avendano vs. Pfizer Inc, et al.*
    (08-1099 CRB)
18. 
19. *Mary Woodall vs. Pfizer Inc, et al.*
    (08-1183 CRB)
20. *Mildred Sturdavant vs. Pfizer Inc, et al.*
    (08-1976 CRB)
21. 
22. *Netra Thomas vs. Pfizer Inc, et al.*
    (08-2110 CRB)
23. *John Denton vs. Pfizer Inc, et al.*
    (08-2459 CRB)
24. 
25. *Joanne Schwandt vs. Pfizer Inc, et al.*
    (08-2604 CRB)
26. *Donald Schwanke vs. Pfizer Inc, et al.*
    (08-3709 CRB)
27. 
28. *Cheryl Samuel vs. Pfizer Inc, et al.*
    (09-0888 CRB)

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42592415.1

1
2   Come now Plaintiffs in the above-entitled actions and Defendants, by and through the
3   undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
4   stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with
5   each side bearing its own attorneys' fees and costs.

6
7   DATED: 10·29, 2009   By: *Mauran Ward*

8   **BEASLEY, ALLEN, CROW, METHVIN,**
    **PORTIS & MILES, P.C.**
9   218 Commerce Street
    P.O. Box 4160
10  Montgomery, Alabama 36103
    Telephone: 334-269-2343
11  Facsimile: 334-954-7555

12  *Attorneys for Plaintiffs*

13
    DATED: Oct. 29, 2009   By: _____
14

15  **DLA PIPER LLP (US)**
    1251 Avenue of the Americas
16  New York, New York 10020
    Telephone: 212-335-4500
17  Facsimile: 212-335-4501

18  *Defendants' Liaison Counsel*

19
20
21  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
    **IT IS SO ORDERED.**
22
23  Dated: NOV 1 3 2009
24                                          _____
                                            Hon. Charles R. Breyer
25                                          United States District Court
26
27
28
                                    -4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

PFZR/1035934/1132569v.1
EAST\42592415.1